Petition for Writ of Mandamus Denied and
Memorandum Opinion filed June 16, 2010.

 

In
The

Fourteenth
Court of Appeals



NO. 14-10-00507-CV



In Re Amegy Bank National Association,
Relator



 



ORIGINAL
PROCEEDING



WRIT OF MANDAMUS



MEMORANDUM
 OPINION

On June 8, 2010, relator, Amegy Bank National
Association, filed a petition for writ of mandamus in this Court.  See Tex.
Gov’t Code Ann. §22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In
the petition, relator asks this Court to compel the Honorable Michael Gomez,
presiding judge of the 129th District Court of Harris County, to set aside his
June 3, 2010 order denying its plea in abatement, grant the plea in abatement,
and dismiss the case.

Relator has not established its entitlement to the
extraordinary relief of a writ of mandamus.  See Hall v. Lawlis, 907
S.W.2d 493, 494 (Tex. 1995) (orig. proceeding) (per curiam).  Accordingly, we
deny relator’s petition for writ of mandamus and related emergency motion to
stay proceedings.  

                                                                                    PER
CURIAM

 

 

Panel consists of Justices Anderson, Frost, and Seymore.